**FILED**
**JUN - 6 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANNA MARIA AGOLLI
3304 6th Street SE #304
Washington, DC 20032
407 374 3704

V

OFFICE OF INSPECTOR GENERAL
U.S. DEPARTMENT OF JUSTICE
Headquarters
950 Pennsylvania Avenue NW, #4706
Washington, DC 20530-0001
202 514 3435

OFFICE OF INSPECTOR GENERAL
U.S. DEPARTMENT OF JUSTICE
Washington Field Office
1300 N. 17th Street, #3200
Arlington, VA 22209
703 616 4766

Case: 1:14-cv-00961
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/6/2014
Description: FOIA/Privacy Act

## MOTION FOR APPOINTMENT OF COUNSEL

PLAINTIFF respectfully requests that the Court appoint pro bono counsel. PLAINTIFF has placed numerous inquiries on the Avvo.com site and did receive responses but not from lawyers qualified or sufficiently experienced on this issue. PLAINTIFF continues to make inquiry at the Avvo.com site for a possible lawyer and will continue to do so even though PLAINTIFF is filing COMPLAINT immediately to avoid exceeding a possible deadline. PLAINTIFF has hired a serious lawyer from the Avvo.com site in the past because if it's the area of expertise of the lawyer who is

1

looking for work, the lawyer will respond with serious answers and questions rather than social network type of suggestions, and frequently there are responses in a few days. PLAINTIFF filed not using IFP to be able to secure that the complaint was filed and docketed when brought it to the United States District Court, rather than received and awaiting review for IFP, etc. The matter of this complaint as handled has created an onerous and impossible amount of work for PLAINTIFF so that even a lawyer that works on a contingency will cost a great deal, although PLAINTIFF wants a grave injustice remedied.

PLAINTIFF filed complaint with the OIG against Justice employees because the handling of PLAINTIFF's complaint included disappearing documentation until a FOIA was filed, and what was released was incomplete in a manner that seemed to protect the interests of the subjects of the complaint, among whom is a Catholic Bishop. OIG outdid the Civil Rights Division in that the investigator and the person assigning PLAINTIFF'S complaint to the investigator both disappeared along with the complaint itself, which had to be refiled. And then the first FOIA release received consisted of a data entry that misrepresented PLAINTIFF's complaint, stating it was a civil matter and not criminal and that civil cases were filed, and other ugly invention. This is not just an issue of causing a government agency to comply with laws that already exist to correct an oversight, but rather an issue that such employees are entrusted with a great deal and need to respond for when their actions seemed to have deliberately fallen short of their mission along with doing what they say they're too busy to do that is not part of the job.

PLAINTIFF is legally disabled and receiving Social Security payments and

2

lawyers who want to make a profit or get paid will not easily take a case where the Plaintiff's main concern is reversing slander by the Defendants and those the Defendants should have corrected, plus actually complying with matters stated to be under OIG jurisdiction to remedy. An attorney with disinterest and a desire to remedy wrongs rather than settle with the defendants and collect a percentage or reasonable attorney fees according to the Laffey Matrix for many hours of work is a must.

PLAINTIFF thus far has attempted to contact the following attorneys to actually retain one, some of whom have responded but there is not a positive response as yet:

| | |
|---|---|
| Susan Zuhowski | Katherine L. Taylor |
| Brandy Peebles | Mark Pestronk |
| Daniel S. Willard | Natalie Koss |
| Kenneth M. Trombly | Richard Rybeck |
| Edward J. MacGinnis | Philip Douglas Cave |
| LaVonne Torrence | |

WHEREFORE, Plaintiff requests this Court's appointment of pro bono counsel not only because it is nearly impossible to get counsel with Plaintiff's circumstances, but also because Plaintiff is more interested in clearing her name wrongly slandered and obtaining justice rather than the forfeiture of her rights, than monetary damages, although certainly damages, including punitive are in order. Plaintiff does not know what is usual or customary to request, but has made a more or less large demand to demonstrate that a large harm was done and is ongoing because of the handling at OIG. .

Plaintiff was an activist, but even though Plaintiff is no longer in condition to do the many aspects of the activism work, Plaintiff did do work previously that she believes can still effect the reform she tried to establish. Additionally Plaintiff is still in danger as

per complaint filed at the Civil Rights Division, which handling Plaintiff wrote to OIG to correct. Plaintiff is still corresponding with the FBI when long ago the need for that should have ended. More taxpayer money has been used to keep Plaintiff at bay while protecting the interests of the subjects of the complaint than it would have cost to prosecute promptly and resolve the matter. Plaintiff had consulted with a lawyer in the past who told her that usually constitutional issues are fought with slander. And Plaintiff's credibility is important, to have the releases and responses to appeals that Plaintiff received is a form of slander because it's no longer adequate to request a FOIA and be satisfied with the data entry in the OIG log that acknowledges the complaint filed and the true nature of the complaint, but because of the misrepresentation and the ugly nature of the misrepresentation, it is now impossible to avoid appealing to obtain full information so that the content that was misrepresented can be public and noted and the nature of misrepresentation be made known and addressed because what should be worthy of trust is simply not.

Respectfully submitted,

June 6 2014

Anna Maria Agolli
3304 6th Street SE #304
Washington, DC  20032
Home Phone:  202 561 4549
Cell Phone:  202 904 9307
Email: anna_agolli@yahoo.com