UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

CLERK
US DISTRICT &
BANKRUPTCY COURTS

2015 MAR 12  P 9: 25

RECEIVED

**ANNA MARIA AGOLLI**
3304 6th Street SE #304
Washington, DC 20032
407 374 3704

v.                                                       CIVIL ACTION NO. 1:14-cv- 961 CKK
00961CKK

**OFFICE OF INSPECTOR GENERAL**
**U.S. DEPARTMENT OF JUSTICE**
Headquarters
950 Pennsylvania Avenue NW, #4706
Washington, DC 20530-0001
202 514 3435

**OFFICE OF INSPECTOR GENERAL**
**U.S. DEPARTMENT OF JUSTICE**
Washington Field Office
1300 N. 17th Street, #3200
Arlington, VA 22209
703 616 4766

### Request for Permission to File Correction of Online Pleadings,

### With Online Corrections Listed

Plaintiff apologizes for skipping a~~round~~ but she only has access to Pacer.gov for downloading or viewing documents from a library computer and then she has to take the time to look through each page by page to see if there are any skipped or skewed pages or other scanner errors, plus take note of anything else, such as document 49.

So far, the following require address or fix:

1-The December 22 2014 submission was clearly scanned rather than uploaded from the CDs provided to the Court per the Order of the Court permitting Plaintiff to file by CD. <u>Just prior to page 3 of Document 32, Page 1 of the February 17 2006 faxed</u>

1

<u>Letter to OIG (i.e., first part of the March 2006 hand delivery to OIG WFO) was skipped over by the scanner or is missing for whatever reason.</u>

2-Plaintiff is grateful that the Court deemed the 49 document to be truncated from pages 5-14, since Plaintiff stated that she did not submit those pages, nor does the pleading errata index describe anything like those pages attached. The only attachment to 49 document is stated to be an Exhibit tab that was erroneously omitted on the January 2 exhibit, and after that exhibit tab, there should be nothing else at all for document 49. Plaintiff does not know if this is truncated by reference to the Order only or by actually removing the pages that are not part of the document because she was able to see that online the 49 document remains with the alien attachment.

3-<u>Documents 56 and 58 both consist of the February 12 2015 pleading, jumps to the February 19 2015 pleading and skips the February 18 2015 pleading, omitting it altogether.</u> It would appear it was the intention of the Court to upload the February 18 2015 pleadings and exhibits rather than twice uploading the February 12 2015 pleadings and exhibits.

4-Depending upon whether the Court will re-upload from CD or how the Court will choose to proceed, sufficient pages as scanned are lighter or less legible than Plaintiff's pdfs, some are not legible at all in places, that it would be a good idea to upload anew from CD rather than pull through each document for a page here or 3 there and so forth, so that those who would read these document will be able to do so. Many of Plaintiff's pdfs were scanned at 600dpi precisely because of the old documents, some of which were handwritten or have many handwritten inserts. And the Court's scanner appears to be no more 300dpi, likely below that. Plaintiff can make a point of going through and naming



each page that is illegible in part or in whole, or she can be advised that the documents will be uploaded from the CDs she has already provided. Plaintiff awaits to be notified of how to proceed to correct this.

Plaintiff has not yet downloaded all from Pacer.gov nor were the hours in the day available for her to view all of what she did download as yet. Therefore, it is clearly necessary for this process to be ongoing if Plaintiff's pleadings will be represented correctly online without scanner or other issue interfering.

Plaintiff believes that she cannot file anything further without permission that would be received retroactively after she sees a need to file a pleading, as per her understanding of the March 6 2015 order. Therefore, Plaintiff files her pleading here with a simultaneous request for permission for it to be filed and addressed. Plaintiff knows she submitted CDs and/or hard copy for all the pleadings, depending upon which pleading, plus a hard copy, courtesy, for the Judge for everything filed, and so requests the Court to advise Plaintiff whether they still have what Plaintiff submitted in hard copy or on CD, or if Plaintiff needs to resubmit because it was already destroyed. Plaintiff requests permission to do any resubmission on CD so that there is no further scanner error, at the least, and so that it doesn't cost another fortune to refile, with Defendant receiving only the pleadings for such corrections but not the CD or hard copy anew.

March 12 2015

Respectfully submitted,

*/s/ Anna Agolli*

Anna Maria Agolli
3304 6th Street SE #304
Washington, DC 20032
Phone: 407 374 3704
Email: anna_agolli@yahoo.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on or about March 12 2015, I caused a copy of the foregoing **Request for Permission to File Correction of Online Pleadings, With Online Corrections Listed**, to be mailed or delivered to Counsel for Defendant as follows:

Jodi George
Special Assistant United States Attorney
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530
202 252 2633
Jodi.George@usdoj.gov

March 12 2015

Respectfully submitted,

Anna Maria Agolli
3304 6th Street SE #304
Washington, DC 20032
Phone: 407 374 3704
Email: anna_agolli@yahoo.com

4